**BANK OF DANVILLE, Appellant,**

v.

**NATIONAL SURETY CORPORATION et al., Appellees.**

Court of Appeals of Kentucky.

Sept. 13, 1974.

Michael Conover, Conover, Hensley & Smith, P.S.C., Harrodsburg, for appellant.

James F. Clay, Sr., Clay & Clay, Danville, for appellees.

Memorandum Opinion of the Court by Special Commissioner J. PAUL KEITH, Jr., Affirming.*

**Rosetta R. RUSH et al., Appellants,**

v.

**Helen R. TATE et al., Appellees.**

Court of Appeals of Kentucky.

Sept. 13, 1974.

R. B. Bertram, Wendell V. Lyon, Jr., Monticello, for appellants.

Bruce H. Phillips, Monticello, for appellees.

Memorandum Opinion of the Court by Special Commissioner GEORGE B. RYAN, Affirming.*

**Joseph B. HENNESSEY, etc., Appellants,**

v.

**Betty PERKINS, Appellee.**

Court of Appeals of Kentucky.

Sept. 13, 1974.

Joseph B. Hennessey, Brooksville, for appellants.

Woodson T. Wood, Fox, Wood & Wood, Maysville, for appellee.

Memorandum Opinion of the Court by Special Commissioner ROBERT M. SPRAGENS, Reversing.*

**Willie DUTTON et al., Appellants,**

v.

**EAST KENTUCKY RURAL ELECTRIC COOPERATIVE CORPORATION, Appellee.**

Court of Appeals of Kentucky.

Sept. 13, 1974.

John G. Prather, Somerset, for appellants.

Fritz Krueger, Somerset, for appellee.

Memorandum Opinion of the Court by Special Commissioner RAYMOND C. STEPHENSON, Affirming.*

* Opinion ordered not to be published.